UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X

Michael Goines,

        Plaintiff(s),　　　　　　　　07 Civ. 5448 (CM) (KNF)

-against-　　　　　　　　　　　　ORDER OF REFERENCE
　　　　　　　　　　　　　　　　TO A MAGISTRATE JUDGE

The City of New York, et al.,

        Defendant(s).
───────────────────────────────X

The above entitled action is referred to the Honorable Kevin N. Fox, United States Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes ~~scheduling~~, discovery, non-dispositive pretrial motions, and settlement

___ Specific Non-Dispositive Motion/Dispute:*

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

---

* Do not check if already assigned for general pretrial.

Dated: 7/13/07
New York, New York

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/07