USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GOINES,                                              :

            Plaintiff,                                 :

           -against-                                   :

THE CITY OF NEW YORK,                                        :

           Defendant.                                  :
------------------------------------------------------------X

ORDER

07 Civ. 5448 (CM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic conference will be held in the above-captioned action on October 8, 2007, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       July 30, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE