UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MICHAEL GOINES,

                                     Plaintiff,

-against-

THE CITY OF NEW YORK, COMMISSIONER
RAYMOND KELLY, P.O.SUPERVISOR JOHN DOE #1;
P.O. GREGORY CLARKE, and DENNIS RUSSO, the
individual defendants sued individually and in their official
capacities,

                                     Defendants.

------------------------------------------------------------------------x

**NOTICE OF MOTION TO DISMISS**

07-CV-05448 (CM)

       **PLEASE TAKE NOTICE** that, defendants City of New York, Commissioner Raymond Kelly and Gregory Clarke will move this Court before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for dismissal of the complaint with prejudice, pursuant to Rule 12(c) or, in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and in accordance with Judge McMahon's individual practices, on the grounds that the defendants' are entitled to qualified immunity on some or all of plaintiff's claims.

       **PLEASE TAKE FURTHER NOTICE** that such motion will be submitted following the prescribed period of discovery set forth in the Court's Individual Practices.

Dated:    New York, New York
          September 5, 2007

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the
                                      City of New York
                                      Attorney for Defendants
                                      100 Church Street, Room 3-142
                                      New York, New York  10007
                                      (212) 676-1347

                        By:   */s/ Brooke Birnbaum*
                                      Brooke Birnbaum (BB 8338)
                                      Assistant Corporation Counsel
                                      Special Federal Litigation Division


To:    Mr. Michael Hueston, Esq. (By ECF and By Mail)

## DECLARATION OF SERVICE BY MAIL

      I, Brooke Birnbaum, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on September 5, 2007, I served the annexed NOTICE OF MOTION upon the following counsel of record by depositing a copy of same, enclosed in a first class postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said counsel of record at the address set forth below, being the address designated by plaintiff for that purpose:

      Mr. Michael Hueston, Esq.
      350 Fifth Avenue
      Suite 4810
      New York, NY 10118

Dated:      New York, New York
               September 5, 2007

 

_____
Brooke Birnbaum
Assistant Corporation Counsel
Special Federal Litigation Division

Index No. 07-CV-05448 (CM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GOINES,

Plaintiff,

-against-

THE CITY OF NEW YORK, COMMISSIONER RAYMOND KELLY, P.O.SUPERVISOR JOHN DOE #1; P.O. GREGORY CLARKE, and DENNIS RUSSO, the individual defendants sued individually and in their official capacities,

Defendants.

**NOTICE OF MOTION**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, New York  10007*

*Of Counsel:  Brooke Birnbaum*
*Tel:  (212) 676-1347*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................................, 200..*

*............................................................................ Esq.*

*Attorney for ...........................................................*