UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL GOINES,

        Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.,

        Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/26/07
```

**ORDER**
07 Civ. 5448 (CM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Inasmuch as the assigned district judge has enlarged the time for: (i) one defendant to answer or move with respect to the amended complaint; (ii) the plaintiff's deposition to be completed; and (iii) responsive and reply papers to be prepared in connection with the dispositive motion made by several of the defendants, IT IS HEREBY ORDERED that the telephonic conference previously scheduled for October 8, 2007, at 10:30 a.m., is cancelled. The parties shall advise the Court of the resolution of the dispositive motion, expeditiously.

Dated: New York, New York
       September 26, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE