UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL GOINES,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, COMMISSIONER
RAYMOND W. KELLY; P.O. SUPERVISOR
JOHN DOE # 1; P.O. GREGORY CLARKE, TAX I.D.
923673; AND DENNIS RUSSO, TAX ID 926045,
the individual defendants sued individually and in
their official capacities,

                              Defendants.
-------------------------------------------------------------X

NOTICE OF APPEARANCE

Docket No: 07 CV 5448
(CM (KNF)

ECF CASE

**PLEASE TAKE NOTICE**, that Defendant POLICE OFFICER DENNIS RUSSO, hereby appears in the above entitled action, and that WORTH, LONGWORTH & LONDON, LLP., have been retained as attorneys for said Defendant and demands that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below:

Dated: New York, NY
        November 5, 2007

                              Yours truly,

                              _____/s/_____
                              BY: JOHN W. BURNS (1072)
                              WORTH, LONGWORTH & LONDON, LLP.
                              Attorney for Defendant Russo
                              111 John Street, Suite 640
                              New York, NY 10038
                              (212) 964-8038

TO:

Michael Oliver Hueston
Attorney for Plaintiff
350 Fifth Avenue
Suite 4810
Empire State Building
New York, NY 10118

New York City Law Department
Attorneys for Defendant City of New York
100 Church Street
New York, New York 10007
Attn:   Brooke Allyson Birnbaum
        Assistant Corporation Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants: Michael Oliver Hueston, attorney for Plaintiff, and Brooke Allyson Birnbaum, Assistant Corporation Counsel.

_____/s/_____
John W. Burns (JWB 1072)