UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Michael Goines,

                07 Civ. 5448 (CM)(KNF)

        Plaintiff(s),

                ORDER OF REFERENCE
   -against-            TO A MAGISTRATE JUDGE
The City of New York, et al,

        Defendant(s).
---------------------------------------X

The above entitled action is referred to the Honorable Kevin N. Fox, United States Magistrate Judge for the following purpose(s):

   \_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

   \_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

   \_\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

   ✓ Settlement*

   \_\_\_\_ Inquest After Default/Damages Hearing

   \_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

   \_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

   Purpose:_____

   \_\_\_\_ Habeas Corpus

   \_\_\_\_ Social Security

   \_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

   Particular Motion:_____

   All such motions:_____

\* Do not check if already assigned for general pretrial.

Dated: December 13, 2007
      New York, New York

SO ORDERED:

*[signature]*

Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07