# WORTH, LONGWORTH & LONDON, LLP

ATTORNEYS AND COUNSELLORS AT LAW

111 JOHN STREET
NEW YORK, N.Y. 10038
TELEPHONE: (212) 964-8038
FACSIMILE: (212) 964-8164

Feburary 21, 2008



Via Facsimile (212)805-6712

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 540
New York, NY 10007

Re:   Michael Goines v. The City of New York, et al
      Docket No: 07 CV 5448 (CM) (KNF)

Your Honor:

A settlement conference is scheduled in the above referenced matter for **Tuesday, February 26, 2006 at 10:30 A.M.**.

I represent the individually named defendant New York City Police Officer Dennis Russo. I am requesting the settlement conference start at **11:30 A.M.** instead of 10:30 A.M. to allow me time to attend to a matter that was just scheduled for 10:00 A.M.

Counsel for plaintiff Goines and co-defendant the City of New York consent to this request for a one hour delay in commencing the settlement conference.

Thank you for your attention to this matter.

2/21/08.
Application granted.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

John W. Burns

JWB/ls
cc:
*Via Facsimile (212)788-9776*
Brooke Birnbaum
Attorney for the City

*Via Facsimile (212) 643-2901*
Michael O. Hueston, Esq.
Attorney for Plaintiff